

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00061-CV

Gabriel Miranda Jr., deceased, Maria Fuentes, Gabriel Miranda Sr., Alexandra Suzanne DeLeon, Reuben Antonio DeLeon III, and Jon Hidalgo Doe

v.

Norma Jean Farley

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Court Cause No. C-4899-17-I(1)

## JUDGMENT

The Court's judgment issued on January 6, 2022, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

March 16, 2023